UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>SUGAHARA KISEN KK, et al.,<br><br>    Defendants. | Case No. 24-cv-08952-SI<br><br>**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT AND DISMISSING AS MOOT MOTIONS TO DISMISS**<br><br>Re: Dkt. Nos. 13, 25, 30, 33 |

Plaintiff filed his original complaint against six named defendants on December 11, 2025, then amended it two days later. Dkt. Nos. 1, 3. Plaintiff voluntarily dismissed his claims against one defendant. Dkt. No. 29. Two defendants, Amports, Inc. and APS West Coast, Inc., have not made an appearance in this Court. The other three defendants, Sugahara Kisen KK, Valero Refining Company - California, and Clean Harbors Environmental Services, Inc., have filed separate motions to dismiss the first amended complaint. Dkt. Nos. 13, 25, 30. The motions are set for hearing on May 2, 2025 and briefing for these motions is ongoing. Dkt. Nos. 28, 30. Plaintiff has now moved for leave to file a second amended complaint, also set for hearing on May 2, 2025. Dkt. No. 33.

The Court notes that even if the defendants were to succeed on their motions to dismiss, the Court would likely grant plaintiff leave to amend the complaint. *See Lopez v. Smith*, 203 F.3d 1122, 1130 (9th Cir. 2000). Accordingly, for the sake of judicial economy, the Court now GRANTS plaintiff's motion for leave to file a second amended complaint. The three motions to dismiss are DISMISSED as moot.

Plaintiff must file his amended complaint by Friday, April 4, 2025. Once plaintiff files his amended complaint the defendants may renew their motions to dismiss, using similar or new arguments as they see fit. Pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure,

1    defendants must respond to the amended complaint within fourteen days after service of the
2    pleading.
3
4    **IT IS SO ORDERED**.
5    Dated: March 27, 2025



SUSAN ILLSTON
United States District Judge