UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW JONES,

        Plaintiffs,

   v.

SUGAHARA KISEN KK, et al.,

        Defendants.

Case No. 24-cv-08952-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  9/26/2025

FURTHER CASE MANAGEMENT: 11/14/2025 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 4/3/2026.

DESIGNATION OF EXPERTS: 4/24/2026; REBUTTAL: 5/15/2026;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 6/12/2026.

DISPOSITIVE MOTIONS **SHALL** be filed by; 7/2/2026;
    Opp. Due: 7/17/2026; Reply Due: 7/24/2026;
    and set for hearing no later than 8/7/2026 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  8/25/2026
PRETRIAL CONFERENCE DATE: 9/8/2026 at 1:30 PM.

JURY TRIAL DATE: 9/21/2026 at 9:00 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 12 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: July 18, 2025

_____
SUSAN ILLSTON
United States District Judge