United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW JONES,

Plaintiffs,

v.

SUGAHARA KISEN KK, et al.,

Defendants.

Case No.  24-cv-08952-SI  (SI)

**FIRST AMENDED PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

ADR:  Private Mediation with Evelio Grillo to be completed by 7/24/2026.

FURTHER CASE MANAGEMENT: 7/31/2026 at 3:00 PM.
Joint Case Management Statement due: 7/28/2026.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

DESIGNATION OF EXPERTS: 8/7/2026; REBUTTAL: 8/21/2026;
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 9/4/2026..

NON-EXPERT DISCOVERY CUTOFF is: 9/4/2026.

DISPOSITIVE MOTIONS **SHALL** be filed by; 9/25/2026;
        Opp. Due: 10/9/2026; Reply Due: 10/16/2026;
        and set for hearing no later than 10/30/2026 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  11/17/2026
PRETRIAL CONFERENCE DATE: 12/1/2026 at 1:30 PM.

JURY TRIAL DATE: 12/14/2026 at 9:00 AM.
        Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 12 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

   **IT IS SO ORDERED**.

Dated: April 10, 2026

SUSAN ILLSTON
United States District Judge